# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**KIMBORUGHLY ANN FOSTER**                                **CIVIL ACTION**

**VERSUS**

                                                    **NO. 20-359-SDD-SDJ**

**JAYDEN HOSPITALITY, LLC, et al.**

---

## ORDER

Before the Court is a request for a status conference raised in the attached letter sent by defense counsel to the Court on October 13, 2020. As set forth by counsel in the letter, "Plaintiff has recently filed a request to file an amended petition but has not attached any amended petition." Counsel then requests a status conference, stating, "I believe it would help efficiently advance the case to have a brief telephonic status conference on issues like these."

*Pro se* Plaintiff Kimborughly Ann Foster ("Foster") sent the Court a letter that same day in response, also attached. Per Plaintiff, she had not submitted her amended petition with her request because she was "waiting on permission from the Court for 'Leave' to submit it" and that her amended petition was "being overnighted today." The Court has since received and docketed Plaintiff's amended petition. Because this issue has been resolved, the Court finds no need for a status conference in this case at this time.[1]

---

[1] Additionally, Counsel and Plaintiff are reminded that the Court cannot provide legal advice to a party, even if that party is proceeding *pro se*. *See Ellis v. U.S.*, No. 11-96, 2013 WL 4679933, at *10 (S.D.W.Va. Aug. 30, 2013) ("the Court cannot give [*pro se*] Plaintiff legal advice"); *Horne v. Potter*, No. 07-61829, 2009 WL 10667086, at *3 n.5 (S.D. Fla. Mar. 11, 2009) ("While the Court understands that it is difficult for non-lawyers such as Plaintiff to be conversant in the rules of the Court, this does not provide a basis for the Court to give legal advice to one party because he or she is *pro se*.").

Accordingly,

**IT IS ORDERED** that defense counsel's request for a status conference is **DENIED**.

Signed in Baton Rouge, Louisiana, on November 30, 2020.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**