# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FOSTER

VERSUS

JAYDEN HOSPITALITY, LLC, ET AL.

CIVIL ACTION

20-359-SDD-SDJ

## RULING

The Court has carefully considered the *Motions*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated November 30, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, Plaintiff's *Motion for Leave* (Rec. Doc. 13) is hereby GRANTED. Plaintiff's *Amended Complaint* (Rec. Doc. 16) has already been filed in the record by the Clerk of Court and will now serve as the operative pleading.

**IT IS FURTHER ORDERED** that Defendants' initial *Motion to Dismiss* (Rec. Doc. 4) is hereby DENIED AS MOOT.

Signed in Baton Rouge, Louisiana on December 17, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 4 and 13.
[2] Rec. Doc. 23.