# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FOSTER

VERSUS

JAYDEN HOSPITALITY
LLC, ET AL.

CIVIL ACTION

20-359-SDD-SDJ

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated September 14, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendants' *Motion to Dismiss* is **GRANTED IN PART AND DENIED IN PART** as follows.

Defendants' *Motion to Dismiss* is DENIED as to the following claims: Title VII sex discrimination, Title VII retaliation, age discrimination under the ADEA, and retaliation under the ADEA.

---

[1] Rec. Doc. 21.
[2] Rec. Doc. 35.

Defendants' *Motion to Dismiss* is GRANTED as to the ADA claim, without prejudice, and as to all remaining claims, which are dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on <u>September 30, 2021</u>.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA